IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CONSOLIDATED UNDER MDL 875 |
| MCCOLLUM v. ALLEN-BRADLEY | CIVIL ACTION NO. 10-65924 |
| | Transferred from the Southern District of New York |

FILED SEP - 6 2011 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **30th** day of **August 2011** it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge Elizabeth Hey (doc. no. 217) is **ADOPTED**.[1]

It is further **ORDERED** that the following Motions for Summary Judgment in the above-captioned case are **GRANTED**:

1. Okonite Company, Inc.'s (doc. no. 104)
2. Ericsson, Inc. (doc. no. 110)
3. American Insulated Wire Corp. (doc. no. 91)
4. Crane Co. (doc. no. 119)

**AND IT IS SO ORDERED.**

/s/ EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.