IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CONSOLIDATED UNDER MDL 875 |
| MCCOLLUM v. ALLEN-BRADLEY | CIVIL ACTION NO. 10-65924 Transferred from the Southern District of New York |

FILED SEP - 6 2011 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk

### O R D E R

**AND NOW**, this **30th** day of **August 2011** it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge Elizabeth Hey (doc. no. 217) is **ADOPTED**.[1]

It is further **ORDERED** that the following Motions for Summary Judgment in the above-captioned case are **GRANTED**:

1. Okonite Company, Inc.'s (doc. no. 104)
2. Ericsson, Inc. (doc. no. 110)
3. American Insulated Wire Corp. (doc. no. 91)
4. Crane Co. (doc. no. 119)

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.